**ORAL ARGUMENT SCHEDULED JANUARY 14, 2021**
**No. 20-5292**

# In the United States Court of Appeals For the District of Columbia Circuit

DOMINGO ARREGUIN GOMEZ, ET AL.,
*Appellees*,

3Q DIGITAL, ET AL.,
*Appellants,*

v.

DONALD J. TRUMP, ET AL.,
*Appellees*.

On Appeal from the U.S. District Court
for the District of Columbia
Case No. 20-cv-1419 (Mehta, J.)

## AGREED MOTION TO DISMISS APPEAL ONLY AS TO PLAINTIFFS-APPELLANTS SHIPCO TRANSPORT INC. AND SUPERIOR SCAPE INC.

Pursuant to Fed. R. App. P. 42(b), Plaintiffs-Appellants respectfully move this Court for an order dismissing the appeal only with respect to Plaintiffs-Appellants Shipco Transport Inc. and Superior Scape Inc., with each of these parties to bear their own costs.

After Plaintiffs filed their reply brief in this case, Shipco and Superior Scape voluntarily dismissed their claims in the district court

pursuant to Fed. R. Civ. P. 41(a)(1)(A). *See* Dist. Ct. ECF 176 (Superior Scape), 185 (Shipco). The remaining Plaintiffs continue to pursue their claims both in the district court and on appeal in this Court.

Defendants consent to this motion.

## CONCLUSION

The appeal should be dismissed only with respect to Shipco and Superior Scape.

December 30, 2020

*<u>/s/ Cleland B. Welton II</u>*
Cleland B. Welton II

Jesse M. Bless
AMERICAN IMMIGRATION LAWYERS ASSOCIATION
1301 G Street NW, Suite 300
Washington, D.C. 20005
(212) 262-1910

Karen C. Tumlin
Esther H. Sung
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
(323) 316-0944

Stephen W. Manning
INNOVATION LAW LAB
333 S.W. Fifth Avenue #200
Portland, OR 97204
(503) 241-0035

Andrew J. Pincus
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000
apincus@mayerbrown.com

Cleland B. Welton II
MAYER BROWN MÉXICO, S.C.
Goldsmith 53, Polanco
Ciudad de México, 11560
(502) 314-8253
cwelton@mayerbrown.com

Laboni A. Hoq
LAW OFFICE OF LABONI A. HOQ
P.O. Box 753
South Pasadena, CA 91030
(213) 973-9004

*Counsel for Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 115 words.

This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirement of Rule 32(a)(6) because it was been prepared in a proportionately spaced typeface using Microsoft Word in Century Schoolbook 14-point type.

/s/ *Cleland B. Welton II*
Cleland B. Welton II

*Counsel for Appellants*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on December 30, 2020, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system which will serve all counsel of record.

/s/ *Cleland B. Welton II*
Cleland B. Welton II

*Counsel for Appellants*